UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
DOCKET NO. 3:16-CR-00206-MOC-DSC

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>vs. )<br>)<br>ROBERT HENRY HUITT, JR., )<br>)<br>Defendant. )<br>_____ ) | **ORDER** |

**THIS MATTER** comes before the Court on Defendant's *pro se* Motions for Compassionate Release. Doc. Nos. 41–43. In support, Defendant notes he suffers from several health conditions—high blood pressure, pre-diabetes, and asthma—which place him at higher risk from COVID-19. Also, he asserts he has served more than 75% of his sentence without any disciplinary infractions. Finally, Defendant notes he is housed at FCI Butner, which has hundreds of confirmed cases of COVID-19. Having reviewed these motions, the Court finds that a response from the Government is needed to consider their merits. The Court enters the following Order.

**ORDER**

**IT IS, THEREFORE, ORDERED** that the Government **SHALL RESPOND** to Defendant's Motions for Compassionate Release within **seven days** of the entry of this Order.

Signed: July 22, 2020

Max O. Cogburn Jr
United States District Judge