# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# 3:16-cr-00206-MOC-DSC-1

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| vs. | ) |
| | ) **ORDER** |
| ROBERT HENRY HUITT, JR., | ) |
| | ) |
| Defendant. | ) |

**THIS MATTER** is before the Court on Defendant's *pro se* Motion Compassionate Release/Reduction of Sentence. (Doc. No. 53).

## ORDER

**IT IS, THEREFORE, ORDERED** that within **20 days** the Government shall file a response to Defendant's motion.

Signed: April 14, 2021

Max O. Cogburn Jr
United States District Judge